UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNDERWRITERS SAFETY AND CLAIMS, INC.                              PLAINTIFFS

AND

FIREMAN'S FUND INSURANCE COMPANY


v.                                            CIVIL ACTION NO. 3:15-CV-00183-CRS


TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

AND

THE CINCINNATI INSURANCE COMPANY                                  DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that:

- The Court **GRANTS** Defendant Travelers Property Casualty Company of America's motion for judgment on the pleadings (DN 10);

- The Court **GRANTS** Defendant The Cincinnati Insurance Company's motion for judgment on the pleadings (DN 14); and

- The Court **DENIES** Plaintiffs Underwriters Safety and Claims, Inc. and Fireman's Fund Insurance Company's motion for partial summary judgment. (DN 16)

**IT IS SO ORDERED.**

January 21, 2016

Charles R. Simpson III, Senior Judge
United States District Court