# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNDERWRITERS SAFETY AND CLAIMS, INC., and FIREMAN'S FUND INSURANCE COMPANY )<br><br>Plaintiffs/Counterclaim Defendants )<br><br>v. )<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE CINCINNATI INSURANCE COMPANY )<br><br>Defendants/Counterclaim Plaintiffs ) | Civil Action No. 3:15-cv-183-CRS-CHL<br><br>*Electronically Filed* |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs/Counterclaim Defendants, Underwriters Safety and Claims, Inc. ("Underwriters") and Fireman's Fund Insurance Company ("Fireman's Fund") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order that was entered by the Honorable Charles R. Simpson, III, United States District Court Judge, on January 22, 2016 granting Defendant Travelers Property and Casualty Company of America's Motion for Judgment on the Pleadings (DN 10), granting Defendant Cincinnati Insurance Company's Motion for Judgment on the Pleadings (DN 14) and denying Plaintiffs' Motion for Partial Summary Judgment (DN 16).

Dated: February 4, 2016.

        Respectfully Submitted,

By:   /s/ *Rebecca Grady Jennings*
      Mark S. Fenzel
      David J. Kellerman
      Rebecca Grady Jennings
      MIDDLETON REUTLINGER
      401 S. Fourth Street, Suite 2600
      Louisville, Kentucky 40202
      Tel:   (502) 584-1135
      Fax:   (502) 561-0442
      mfenzel@middletonlaw.com
      dkellerman@middletonlaw.com
      rjennings@middletonlaw.com
      COUNSEL FOR PLAINTIFFS/
      COUNTERCLAIM DEFENDANTS

## **CERTIFICATE OF SERVICE**

It is hereby certify that on the 4th day of February, 2016, a true and correct copy of the foregoing Notice of Appeal was served via electronic mail through the Court's electronic case filing system on the following:

Richard P. Schiller
Katherine S. Dozier
SCHILLER OSBOURN BARNES & MALONEY, PLLC
1600 One Riverfront Plaza
401 West Main Street
Louisville, KY 40202
rschiller@sbmkylaw.com
ksz@sobmlegal.com
COUNSEL FOR DEFENDANT/COUNTERCLAIM PLAINTIFF
TRAVELERS PROPERTY CASUALTY CO. OF AMERICAN

Kimberly A. Kyle
KOHNN & PATTON
201 E. 5th Street, Suite 800
Cincinnati, OH 45202
kkyle@kplaw.com
COUNSEL FOR DEFENDANT
THE CINCINNATI INSURANCE COMPANY

      /s/ *Rebecca Grady Jennings*
      COUNSEL FOR PLAINTIFFS/
      COUNTERCLAIM DEFENDANTS