# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 05, 2016

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 16-5143, *Underwriters Safety and Claims, et al v. Travelers Property Casualty, et al*
Originating Case No. : 3:15-cv-00183

Dear Clerk,

　Enclosed is a copy of the mandate filed in this case.

　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　s/Roy G. Ford
　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　Direct Dial No. 513-564-7016

cc:　Mr. Mark S. Fenzel
　　Ms. Rebecca Grady Jennings
　　Ms. Kimberly Ann Kyle
　　Mr. Richard P. Schiller Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-5143

_____

Filed: October 05, 2016

UNDERWRITERS SAFETY AND CLAIMS, INC.; FIREMAN'S FUND INSURANCE COMPANY

      Plaintiffs - Appellants

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE CINCINNATI INSURANCE COMPANY

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 09/13/2016 the mandate for this case hereby issues today.

COSTS: None